IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| MEL SOPHEAP, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-14-75 |
| | : | |
| SUPT. JOHN KERESTES, | : | (Judge Brann) |
| | : | |
| Respondent | : | |

## **ORDER**

April 21 , 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Sopheap's habeas corpus petition is **DISMISSED AS MOOT.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

        BY THE COURT:

        s/   Matthew W. Brann
        Matthew W. Brann
        United States District Judge